**UNITED STATES BANKRUPTCY COURT**
1300 CLAY STREET, SUITE 300
OAKLAND CA 94612
(510) 879-3594



ORIGINAL FILED

MAY 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05/14/07

E-filing

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Ave.
P. O. Box 36060
San Francisco CA 94102

C 07 - 2604

Re: Case Name: John T. Kendall v. Stephen M. Moskowitz, Adv. No. 06-4256 AN

SC

Dear Mr. Wieking,

Enclosed please find one file folder representing the entire above referenced adversary proceeding case. Also included is a copy of the docket. Document 14 is an *Order Recommending Withdrawal of Reference of Adversary Proceeding,* in accordance with B.L.R 9015-2(b).

Pursuant to B.L.R. 5011-2(b) and (c), I am transmitting these documents for the purpose of assignment to a District Court Judge.

Please provide an acknowledgment of receipt and assignment of case number, if appropriate, by returning a copy of this letter.

Very truly yours,

Phyllis L. Wright

PLW

enc.