REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
|     Debtor | |
| JOHN T. KENDALL, TRUSTEE, | |
|     Plaintiff, | Adv. Proc. No. 06-4256 |
| v. | |
| STEPHEN M. MOSKOWITZ, | |
|     Defendant. | |

## **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED by and between plaintiff John Kendall, trustee of the above bankruptcy estate ("Plaintiff") and defendant Stephen M. Moskowitz ("Defendant"), that the Plaintiff hereby dismisses the above-captioned adversary proceeding with prejudice, pursuant to

Federal Rule of Civil Procedure 41(a)(1) and Federal Rule of Bankruptcy Procedure 7041, with each side to bear its own costs.

DATED: This 13th day of September, 2007.

        STROMSHEIM & ASSOCIATES

        By   /s/   Kristina Pollak
        Attorneys for
        JOHN T KENDALL, Trustee

DATED: This 13th day of September, 2007.

        WENDEL ROSEN BLACK & DEAN

        By:  /s/ Michael Cooper
        Capacity: attorney for
        STEPHEN M. MOSKOWITZ

STROMSHEIM & ASSOCIATES